```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

BARBARA ANDERSON                                              PLAINTIFF

     v.    Civil No. 05-1095

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                       DEFENDANT

## J U D G M E N T

Now on this 20th day of March, 2007, for reasons set forth in a Memorandum Opinion of even date herewith, the decision of the Commissioner of the Social Security Administration, denying Barbara Anderson Social Security benefits, is **affirmed**.

**IT IS SO ORDERED.**

               /s/ Jimm Larry Hendren
             **JIMM LARRY HENDREN**
             **UNITED STATES DISTRICT JUDGE**